JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ***EDCV 09-860-VAP*** |
| | EDCR 08-114-VAP |
| Plaintiff/Respondent, | **JUDGMENT** |
| v. | |
| RAMON INZUZA GIL, | |
| Defendant/Petitioner. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 29, 2009

                                      VIRGINIA A. PHILLIPS
                                  United States District Judge